UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Ramon Diaz, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                    Plaintiffs,                 JUDGMENT

   v.                                        23-cv-03340-OEM-JRC

G.F. Enterprises LLC and
GFE Nostrand Avenue LLC,

                    Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 20, 2023; and Defendants G.F. Enterprises LLC and GFE Nostrand Avenue LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff, Ramon Diaz in the total sum of Fourteen Thousand Dollars and Zero Cents ($14,000.00), payable as follows: 1. A payment in the amount of Fourteen Thousand Dollars and Zero Cents ($14,000.00) payable within fifteen (15) days of the Court's entry of a final judgment; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Ramon Diaz and against Defendants G.F. Enterprises LLC and GFE Nostrand Avenue LLC., in the total sum of Fourteen Thousand Dollars and Zero Cents ($14,000.00), payable as follows: 1. A payment in the amount of Fourteen Thousand Dollars and Zero Cents ($14,000.00) payable within fifteen (15) days of the Court's entry of a final judgment.

Dated: Brooklyn, New York                    Brenna B. Mahoney
       November 27, 2023                Clerk of Court

                                 By:    */s/Jalitza Poveda*
                                      Deputy Clerk